Nellie Cohen, Landlord, Appellant, *v.* Irving Kaplan, Tenant, Respondent.

Supreme Court, Appellate Term, First Department, January 26, 1945.

*Charles Lichtenstein* for appellant.

*Nathan A. Lashin* for respondent.

Memorandum *Per Curiam.* In the absence of answer or defense it was error to grant a final order in favor of the tenant.

The final order should be reversed, with $10 costs, and final order directed for landlord as prayed for in petition, with costs,

without prejudice to application by the tenant to the court below, under section 1436-a of the Civil Practice Act.

HAMMER, SHIENTAG and HECHT, JJ., concur.

Order reversed, etc.